IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. 1:21-cr-00069-TBM-RPM

JAMES WARD VANN
a/k/a James W. Vann
a/k/a James Vann
a/k/a Jim Vann

## ORDER GRANTING MOTION TO DISMISS
## ORIGINAL INDICTMENT AND CASE

This matter is before the Court on the Motion to Dismiss the Original Indictment and Case [DKT# 22] filed by the United States Attorney pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, seeking to dismiss without prejudice the original Indictment and Case in Criminal No. 1:21-cr-00069-TBM-RPM against the Defendant, JAMES WARD VANN a/k/a James W. Vann, a/k/a James Vann, a/k/a Jim Vann. The Court finds that the Motion is well taken and should be **GRANTED**.

IT IS THEREFORE ORDERED that the original Indictment and Case in Criminal No. 1:21-cr-00069-TBM-RPM against the Defendant, JAMES WARD VANN, is hereby dismissed without prejudice.

This the 15th day of August 2022.

_____
UNITED STATES DISTRICT JUDGE